<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6556**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JASPER B. MACKEY, JR.,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, District Judge. (CR-96-135-V, CA-00-162)

———————

Submitted:  June 25, 2002          Decided:  October 1, 2002

———————

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Jasper B. Mackey, Jr., Appellant Pro Se. Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jasper B. Mackey, Jr. seeks to appeal the district court's order construing his motion filed under 18 U.S.C. § 3742 (1994) as a motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001) and denying the motion. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Mackey</u>, Nos. CR-96-135-V; CA-00-162 (W.D.N.C. Feb. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>